UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20255-CR-ALTONAGA/GOODMAN

18 U.S.C. § 242
18 U.S.C. § 1519

UNITED STATES OF AMERICA

v.

GUILLERMO RAVELO,

Defendant.
_____/


FILED by ___ D.C.
APR 05 2018
STEVEN M. LARIMORE
CLERK U S DIST. CT.
S D of FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### Deprivation of Rights Under Color of Law
### (18 U.S.C. § 242)

On or about April 7, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

### GUILLERMO RAVELO,

while employed as a police officer with the Village of Biscayne Park Police Department and acting under color of law, willfully deprived J.P. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures by one acting under color of law, which includes the right to be free from the use of excessive force by one acting under color of law. Specifically, RAVELO assaulted J.P. during a traffic stop by striking J.P. with his fist when J.P. was handcuffed and compliant, resulting in bodily injury to J.P.

All in violation of Title 18, United States Code, Section 242.

## COUNT TWO
## Falsification of Records
## (18 U.S.C. § 1519)

On or about April 7, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GUILLERMO RAVELO,

in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly concealed, covered up, falsified, and made a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within federal jurisdiction. Specifically, in a Complaint/Arrest Affidavit submitted on or about April 7, 2013, defendant **GUILLERMO RAVELO** falsified a report, by omitting that he struck J.P. with his fist; and by making false statements including: (1) stating that J.P. came towards him while attempting to strike him by swinging both of his arms with clinched fists; (2) stating that J.P. struck him on the forehead; and (3) stating that J.P. continued to resist arrest by swinging his arms and kicking him and the other officers in the chest, arms and legs.

All in violation of Title 18, United States Code, Section 1519.

## COUNT THREE
## Deprivation of Rights Under Color of Law
## (18 U.S.C. § 242)

On or about June 14, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

## GUILLERMO RAVELO,

while employed as a police officer with the Village of Biscayne Park Police Department and acting under color of law, willfully deprived B.N. of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures by one acting under color of law, which includes the right to be free from the use of excessive force by one acting under color of law. Specifically, RAVELO assaulted B.N. through the use of a dangerous weapon by striking B.N. with a blunt object, resulting in bodily injury to B.N.

All in violation of Title 18, United States Code, Section 242.

## COUNT FOUR
## Falsification of Records
## (18 U.S.C. § 1519)

On or about June 14, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**GUILLERMO RAVELO,**

in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, knowingly concealed, covered up, falsified, and made a false entry in a document and record with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within federal jurisdiction. Specifically, in a Complaint/Arrest Affidavit submitted on or about June 14, 2013, defendant **GUILLERMO RAVELO** falsified a report by omitting that he struck B.N. in the head with a blunt object; and by making false statements including: (1) that while RAVELO was chasing B.N. on foot, B.N. fell to the ground and (2) that as he approached B.N., he observed B.N. on the ground bleeding from the head.

All in violation of Title 18, United States Code, Section 1519.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
BENJAMIN G. GREENBERG
United States Attorney

John M. Gore
Acting Assistant Attorney General
United States Department of Justice
Civil Rights Division

*[signature]*
HARRY C. WALLACE, JR.
Assistant United States Attorney

*[signature]*
D.W. TUNNAGE
Trial Attorney
Civil Rights Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| GUILLERMO RAVELO | |
| _____Defendant._____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)          Yes [ ]      No [ ]
Number of New Defendants  ____
Total number of counts    ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   NO
   List language and/or dialect   _____

4. This case will take   6   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     [ ]
   - II   6 to 10 days    [✓]
   - III  11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V    61 days and over

   (Check only one)
   - Petty   [ ]
   - Minor   [ ]
   - Misdem. [ ]
   - Felony  [✓]

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes [ ]   No [✓]

_____
Harry C. Wallace, Jr.
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. 0623946

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **GUILLERMO RAVELO**

**Case No:**

Count #: 1

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 2

Falsification of Records

Title 18, United States Code, Section 1519

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 3

Deprivation of Rights Under Color of Law

Title 18, United States Code, Section 242

**\*Max. Penalty:** 10 Years' Imprisonment

Count #: 4

Falsification of Records

Title 18, United States Code, Section 1519

**\*Max. Penalty:** 20 Years' Imprisonment

\* Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.